**DARE COUNTY BD. OF EDUCATION v. SAKARIA**

[342 N.C. 648 (1996)]

DARE COUNTY BOARD OF EDUCATION, A BODY OF POLITIC AND CORPORATE, PLAINTIFF V. ELPIS SAKARIA, DEFENDANT; DARE COUNTY BOARD OF EDUCATION, A BODY OF POLITIC AND CORPORATE, PLAINTIFF V. RAJ ALEXANDER TRUST, ELPIS J.G.B. SAKARIA, TRUSTEE, DEFENDANT; DARE COUNTY BOARD OF EDUCATION, A BODY OF POLITIC AND CORPORATE, PLAINTIFF V. JERA ASSOCIATES, A MARYLAND PARTNERSHIP, DEFENDANT; DARE COUNTY BOARD OF EDUCATION, A BODY OF POLITIC AND CORPORATE, PLAINTIFF V. JACK HILLMAN AND WIFE, LILLIAN HILLMAN, DEFENDANTS

No. 229A95

(Filed 9 February 1996)

Appeal by defendants as of right pursuant to N.C.G.S. § 7A-30(1) of a decision by the Court of Appeals which affirmed judgments for the plaintiff by the Superior Court, Dare County, 118 N.C. App. 609, 456 S.E.2d 842 (1995), and which involves substantial questions arising under the Constitution of the United States and the Constitution of this State. Heard in the Supreme Court 12 December 1995.

*W. Brian Howell and Deveau & Norcross, P.A., by Ronald E. DeVeau, for plaintiff-appellee.*

*Vandeventer, Black, Meredith & Martin, by Robert L. O'Donnell, for defendants-appellants.*

PER CURIAM.

AFFIRMED.